SCOTT W. DITFURTH, Bar No. 238127
scott.ditfurth@bbklaw.com
DEAN S. ATYIA, Bar No. 298615
dean.atyia@bbklaw.com
ANDREW G. SAGHIAN, Bar No. 316680
andrew.saghian@bbklaw.com
CHRISTINA LEE, Bar No. 348276
christina.lee@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue
25th Floor
Los Angeles, California  90071
Telephone:   (213) 617-8100
Facsimile:    (213) 617-7480

Attorneys for Defendant
City of West Hollywood

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KBS HOLDCO, LLC DBA REGENCY OUTDOOR ADVERTISING, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WEST HOLLYWOOD; ORANGE BARREL MEDIA, LLC; DAVID EHRLICH; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-CV-05750-FLA (GJSx)<br><br>**JOINT REQUEST FOR DECISION PURSUANT TO LOCAL RULE 83-9.2**<br><br><br>Trial Date:       Not Set<br>Action Filed:    August 14, 2022 |

Best Best & Krieger LLP
Attorneys at Law
300 South Grand Avenue, 25th Floor
Los Angeles, California 90071

65267.00229\41807727.1

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90071

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

To comply with the requirements of Local Rule 83-9.2, Plaintiff KBS HOLDCO, LLC DBA REGENCY OUTDOOR ADVERTISING ("Plaintiff"), and Defendants CITY OF WEST HOLLYWOOD (the "City"), ORANGE BARREL MEDIA, LLC ("OBM"), and DAVID EHRLICH ("Ehrlich"), hereby respectfully request the Court render decisions on:

- The City's Motion to Dismiss Plaintiff's First Amended Complaint ("FAC") (Dkt. 52), filed May 19, 2023;

- OBM's Motion to Dismiss Plaintiff's FAC (Dkt. 56), filed June 8, 2023; and

- Ehrlich's Motion to Dismiss Plaintiff's FAC (Dkt. 57), filed June 9, 2023 (collectively, "Motions to Dismiss").

The final date of briefing on the pending Motions to Dismiss was June 23, 2023 (Dkt 64, 65), and the Court took the Motions to Dismiss under submission on July 5, 2023 (Dkt. 70).

Dated:  November 13, 2023                        BEST BEST & KRIEGER LLP


By: */s/ Dean S. Atyia*
    SCOTT W. DITFURTH
    DEAN S. ATYIA
    ANDREW G. SAGHIAN
    CHRISTINA LEE
    Attorneys for Defendant
    City of West Hollywood

65267.00229\41807727.1

1   Dated:  November 13, 2023                    ALSTON & BIRD LLP

2

3                                                By:  */s/ Jesse Steinbach*

4                                                   JEFFREY A. ROSENFELD
                                                   JESSE STEINBACH
5                                                   Attorneys for Plaintiff

6                                                   KBS Holdco, LLC DBA
                                                   Regency Outdoor
7                                                   Advertising

8   Dated:  November 13, 2023                    COZEN O'CONNOR

9

10

11                                               By:  */s/ Evan Schweitzer*

12                                                  DAVID A. SHIMKIN
                                                   EVAN SCHWEITZER
13                                                  Attorneys for Defendant
                                                   David Ehrlich
14

15  Dated:  November 13, 2023                    ANTONI ALBUS, LLP

16

17                                               By:  */s/ John Antoni*

18                                                  JOHN ANTONI
                                                   Attorney for Defendant
19                                                  David Ehrlich

20  Dated:  November 13, 2023                    GIBSON, DUNN & CRUTCHER LLP

21

22

23                                               By:  */s/ Eric D. Vandevelde*

24                                                  ERIC D. VANDEVELDE
                                                   ILISSA SAMPLIN
25                                                  SHAUN A. MATHUR
                                                   Attorneys for Defendant
26                                                  Orange Barrel Media, LLC

27

28

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90071

65267.00229\41807727.1