UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-05750-FLA (GJSx) | Date | December 6, 2023 |
|---|---|---|---|
| Title | KBS Holdco, LLC v. City of West Hollywood, et al. | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Freeman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:   ORDER REGARDING JOINT REQUEST FOR DECISION [DKT. 93]**

On July 5, 2023, the court took under submission Defendants City of West Hollywood, Orange Barrel Media, LLC, and David Ehrlich's (collectively, "Defendants") Motions to Dismiss Plaintiff's First Amended Complaint ("Motions," Dkts. 52, 56, 57).   Dkt. 70.   On November 13, 2023, the parties filed a Joint Request for Decision Pursuant to Local Rule 83-9.2.   Dkt. 93.

Courts in this district are exceedingly busy with 562 weighted civil filings per Judgeship, which is among the highest number in the nation.   That figure does not include each active judge's criminal docket.   In its most recent recommendation, released in March 2023, the Judicial Conference recommended Congress authorize an additional 9 district court judgeships for the Central District of California, in light of the number of weighted case filings, the complexity of matters filed in this court, and the population of this district.   U.S. Courts, FEDERAL JUDICIARY SEEKS NEW JUDGESHIP POSITIONS (Mar. 14, 2023), https://www.uscourts.gov/news/2023/03/14/federal-judiciary-seeks-new-judgeship-positions.   This is the highest number of recommended additional judgeships of any district in the country.

This court has a significant number of parties in criminal and civil cases awaiting trial, some of whom are in custody.   In issuing its rulings on motions, the court considers factors including whether the action is criminal or civil, the custody status of the defendant, the age of the action and any pending motion(s), the specific needs of each case, and the urgency of the requested relief.

/ / /

/ / /

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-05750-FLA (GJSx) | Date | December 6, 2023 |
|---|---|---|---|
| Title | KBS Holdco, LLC v. City of West Hollywood, et al. | | |

Pursuant to Local Rules 83-9.3, the court informs the parties that it will render a ruling on the Motions, Dkts. 52, 56, 57, by August 2, 2024.

IT IS SO ORDERED.

: 

Initials of Preparer   tf