UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KBS HOLDCO, LLC DBA REGENCY OUTDOOR ADVERTISING, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WEST HOLLYWOOD; ORANGE BARREL MEDIA, LLC; DAVID EHRLICH; and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05750-FLA (GJSx)<br><br>**ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER [DKT. 162]** |

- 1 -

## ORDER

On January 14, 2025, the parties filed a Stipulation to Modify Scheduling Order (the "Stipulation"). Dkt. 162.

Having considered the Stipulation and finding good cause therefor, the court hereby CONTINUES pretrial and trial dates and deadlines to the following dates:

| Event | Date |
| --- | --- |
| Fact Discovery Cut-Off | June 6, 2025 |
| Expert Disclosure (Initial) | June 13, 2025 |
| Expert Disclosure (Rebuttal) | June 27, 2025 |
| Expert Discovery Cut-Off | July 11, 2025 |
| Motion Hearing Cut-Off | August 8, 2025 |
| Settlement Conference Deadline | September 30, 2025 |
| Trial Filings (First Round) | October 3, 2025 |
| Trial Filings (Second Round) | October 17, 2025 |
| Final Pretrial Conference/ Hearing on Motions *in Limine* | November 7, 2025, at 1:30 p.m. |
| Trial | December 1, 2025, at 8:15 a.m. |

IT IS SO ORDERED.

Dated: January 27, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

- 2 -