Andrew S. Pauly (SBN 90145)
Shoreline, A Law Corporation
233 Wilshire Blvd., Suite 280
Santa Monica, California 90401-1240
Tel: (310) 451-8001

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| KBS HOLDCO, LLC, | CASE NUMBER |
| --- | --- |
| Plaintiff(s) | 2:22-cv-05750-FLA (GJSx) |
| v. | |
| CITY OF WEST HOLLYWOOD, et al., | MEDIATION REPORT |
| Defendant(s). | |

**Instructions:** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☒ A mediation was held on (date): various dates starting on 12/16/2024.

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☒ Appeared as required by L.R. 16-15.5(b).

   ☐ Did not appear as required by L.R. 16-15.5(b).

   　　☐ Plaintiff or plaintiff's representative failed to appear.
   　　☐ Defendant or defendant's representative failed to appear.
   　　☐ Other:

3. Did the case settle?

   ☐ Yes, fully, on _____ (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☒ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

   _____

Dated: April 14, 2025

/s/ Andrew S. Pauly
Signature of Mediator

ANDREW S. PAULY
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*