UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KBS HOLDCO, LLC DBA REGENCY OUTDOOR ADVERTISING, a California limited liability company,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY OF WEST HOLLYWOOD; ORANGE BARREL MEDIA, LLC; DAVID EHRLICH; and DOES 1-10, Inclusive,<br><br>             Defendants. | **[DISCOVERY MATTER]**<br><br>**Case No. 2:22-CV-05750-FLA-GJSx**<br><br>[Assigned to Hon. Fernando L. Aenlle-Rocha, Courtroom 6B]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF KBS HOLDCO, LLC DBA REGENCY OUTDOOR ADVERTISING'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH OPPOSITION TO NON-PARTY JEFFREY SEYMOUR'S EX PARTE APPLICATION TO QUASH RULE 45 SUBPOENA**<br><br>*[Filed Concurrently with Declaration of Jesse Steinbach and Application]* |

1

## Order

FOR GOOD CAUSE SHOWN, Plaintiff KBS Holdco, LLC dba Regency Outdoor Advertising's ("Plaintiff")'s Application to Seal documents designated as confidential by Defendants City of West Hollywood (the "City") in connection with Plaintiff's Opposition (the "Opposition") to Non-Party Jeffrey Seymour's *Ex Parte* Application to Quash Rule 45 Subpoena is HEREBY GRANTED. The following documents must be filed under seal in their entirety:

- **Exhibit E** – Certain portions of the transcript from the deposition of Rick Robinson, dated April 11, 2025.
- Portions of the Opposition that reference the above material.

Dated: June 5, 2025          By: _____
                                    Honorable Gail J. Standish
                                    United States Magistrate Judge