JEFFREY A. ROSENFELD (State Bar No. 136896)
Email: jeffrey.rosenfeld@alston.com;
JEFFREY D. DINTZER (State Bar No. 139056)
Email: jeffrey.dintzer@alston.com
MATTHEW C. WICKERSHAM (State Bar No. 241733)
Email: matt.wickersham@alston.com
JESSE STEINBACH (State Bar No. 278923)
Email: jesse.steinbach@alston.com
**ALSTON & BIRD LLP**
350 South Grand Avenue
Suite 5100
Los Angeles, CA 90071-1410
Telephone:  213-576-1000
Facsimile:   213-576-1100

Attorneys for Plaintiff
KBS HOLDCO, LLC DBA REGENCY OUTDOOR ADVERTISING

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KBS HOLDCO, LLC DBA REGENCY OUTDOOR ADVERTISING, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF WEST HOLLYWOOD; ORANGE BARREL MEDIA, LLC; DAVID EHRLICH; and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | **Case No. 2:22-CV-05750-FLA-GJSx**<br>[Assigned to Hon. Fernando L. Aenlle-Rocha, Courtroom 6B]<br><br>**PLAINTIFF KBS HOLDCO, LLC DBA REGENCY OUTDOOR ADVERTISING'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH MOTION FOR REVIEW AND RECONSIDERATION OF MAY 27, 2025 DISCOVERY ORDER**<br><br>*[Filed Concurrently with Declaration of Jesse Steinbach and (Proposed) Order]* |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD.**
**PLEASE TAKE NOTICE THAT:**

Plaintiff KBS Holdco, LLC dba Regency Outdoor Advertising ("Regency") submits this Application to Seal documents designated as confidential by Defendant City of West Hollywood (the "City") and/or third party Rick Robinson in connection with Regency's Motion for Review and Reconsideration (the "Motion") of the May 27, 2025 Discovery Order.

Pursuant to Local Rule 79-5.2.2(b), within four days of the filing of this Application, the City must file a declaration establishing that all or part of the designated material is sealable, by showing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome, with citations to the applicable legal standard. Failure to file a declaration or other required document may be deemed sufficient grounds for denying the Application.

Regency understands that the City and third party represented by the City's counsel, Rick Robinson, have designated or contend the following materials cited in Regency's Motion are "Highly Confidential" under the Protective Order:

- **Exhibit E** – Certain portions of the transcript from the deposition of Rick Robinson, dated April 11, 2025.
- Portions of the Motion that reference the above material.

Declaration of Jesse Steinbach ("Steinbach Decl."), ¶ 2.

Regency's counsel previously met and conferred with the City's counsel on or about May 9, 2025 regarding the confidentiality issues involved with the transcript excerpts at issue. (*Id.* ¶ 3) During the meet and confer, the City indicated that they believed the above listed documents should be filed under seal and did not agree to de-designate the materials that are subject to this Application. (*Id.*).

| | | |
|---|---|---|
| 1 | Dated: June 10, 2025 | **ALSTON & BIRD LLP** |
| 2 | | By: /s/ *Jeffrey A. Rosenfeld* |
| 3 | | Jeffrey A. Rosenfeld |
| | | Attorneys for Plaintiff |
| 4 | | KBS HOLDCO, LLC DBA REGENCY OUTDOOR ADVERTISING |