**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KBS HOLDCO, LLC DBA REGENCY OUTDOOR ADVERTISING, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF WEST HOLLYWOOD; ORANGE BARREL MEDIA, LLC; DAVID EHRLICH; and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Case No. 2:22-CV-05750-FLA-GJSx<br><br>[Assigned to Hon. Fernando L. Aenlle-Rocha, Courtroom 6B]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF KBS HOLDCO, LLC DBA REGENCY OUTDOOR ADVERTISING'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH MOTION FOR REVIEW AND RECONSIDERATION OF JUNE 5, 2025 DISCOVERY ORDER**<br><br>*[Filed Concurrently with Declaration of Jesse Steinbach and Application]* |

1

[PROPOSED] ORDER GRANTING PLAINTIFF KBS HOLDCO, LLC DBA REGENCY OUTDOOR ADVERTISING'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH MOTION FOR REVIEW AND RECONSIDERATION OF JUNE 5, 2025 DISCOVERY ORDER

**Order**

FOR GOOD CAUSE SHOWN, Plaintiff KBS Holdco, LLC dba Regency Outdoor Advertising's ("Plaintiff")'s Application to Seal documents designated as confidential by Defendant City of West Hollywood (the "City") and/or third party Rick Robinson in connection with Plaintiff's Motion for Review and Reconsideration (the "Motion") of the June 5, 2025 Discovery Order is HEREBY GRANTED. The following documents must be filed under seal in their entirety:

- **Exhibit E** – Certain portions of the transcript from the deposition of Rick Robinson, dated April 11, 2025.
- Portions of the Motion that reference the above material.

Dated: _____, 2025       By: _____
                                     Honorable Fernando L. Aenlle-Rocha
                                     United States District Judge