UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KBS HOLDCO, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF WEST HOLLYWOOD, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:22-cv-05750-FLA (GJSx)<br><br>**ORDER GRANTING APPLICATIONS TO FILE DOCUMENTS UNDER SEAL [DKTS. 219, 224]** |

1. On June 10 and 18, 2025, Plaintiff KBS Holdco, LLC ("Plaintiff") and Defendant the City of West Hollywood ("Defendant") filed Applications to File Documents Under Seal ("Applications"). Dkts. 219, 224.

Having considered the Applications and supporting declarations and finding good cause therefor, the court GRANTS the parties' requests and ORDERS as follows:

1. The court SEALS the unredacted versions of: (1) the transcript of Rick Robinson's deposition (Dkts. 220-1, 225-1); and (2) the portions of briefs referencing or quoting the transcript (Dkts. 220-2, 225-2).
2. The court EXCUSES Plaintiffs from refiling the unredacted versions of these documents, as is ordinarily required by Local Rule 79-5.2.2(c), and ACCEPTS the versions of these documents submitted as attachments to declarations by Jesse Steinbach (Dkts. 220, 225) as filed.

IT IS SO ORDERED.

Dated: July 7, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge