UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KBS HOLDCO, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF WEST HOLLYWOOD, *et al*.,<br><br>            Defendants. | Case No. 2:22-cv-05750-FLA (GJSx)<br><br>**ORDER APPROVING AS MODIFIED STIPULATION TO MODIFY SCHEDULING ORDER [DKT. 245]** |

On July 18, 2025, the parties filed a Stipulation to Modify Scheduling Order ("Stipulation"). Dkt. 245. The parties request a continuance of pretrial and trial dates and deadlines for the reasons discussed at the July 11, 2025 hearing on Defendant's Motion to Dismiss the Second Amended Complaint as Moot (Dkt. 186).

Having considered the Stipulation and finding good cause therefor, the court hereby APPROVES the Stipulation as modified and CONTINUES pretrial and trial dates and deadlines as follows:

| Event | New Date |
|---|---|
| Trial Filings (First Round) | 12/5/25 |
| Trial Filings (Second Round) | 12/19/25 |
| Final Pretrial Conference; Hearing on Motions in Limine | 1/16/26 at 1:30 p.m. |
| Bench Trial | 2/9/26, at 8:15 a.m. |

IT IS SO ORDERED.

Dated: July 31, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

2