UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KBS HOLDCO, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF WEST HOLLYWOOD, *et al.*,<br><br>          Defendants. | Case No. 2:22-cv-05750-FLA (GJSx)<br><br>**ORDER APPROVING STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES [DKT. 252]** |

On October 31, 2025, the parties filed a Stipulation to Modify Scheduling Order ("Stipulation").  Dkt. 252.

Having considered the Stipulation and finding good cause therefor, the court hereby GRANTS the parties' request as modified and CONTINUES pretrial and trial dates and deadlines to the following dates:

| Event | New Date |
|---|---|
| Trial Filings (First Round) | 3/6/26 |
| Trial Filings (Second Round) | 3/20/26 |
| Final Pretrial Conference; Hearing on Motions in Limine | 4/17/26 at 1:30 p.m. |
| Bench Trial | 5/12/26 at 8:15 a.m. |

IT IS SO ORDERED.

Dated: November 12, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge