UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KBS HOLDCO, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF WEST HOLLYWOOD, *et al.*,<br><br>    Defendants. | Case No. 2:22-cv-05750-FLA (DSRx)<br><br>**ORDER CONTINUING PRETRIAL AND TRIAL DATES** |
|---|---|

The court, on its own motion, CONTINUES pretrial and trial dates and deadlines to the following dates:

| Event | New Date |
|---|---|
| Trial Filings (First Round) | 6/26/26 |
| Trial Filings (Second Round) | 7/17/26 |
| Final Pretrial Conference; Hearing on Motions in Limine | 7/31/26 at 1:30 p.m. |
| Bench Trial | 8/11/26 at 8:15 a.m. |

Defendant City of West Hollywood's Motion to Stay (Dkt. 259) remains under submission.

IT IS SO ORDERED.

Dated: March 2, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge