JEFFREY A. ROSENFELD (State Bar No. 136896)
Email: jeffrey.rosenfeld@alston.com;
JEFFREY D. DINTZER (State Bar No. 139056)
Email: jeffrey.dintzer@alston.com
JESSE STEINBACH (State Bar No. 278923)
Email: jesse.steinbach@alston.com
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone:  213-576-1000
Facsimile:   213-576-1100

Attorney for Plaintiff
KBS HOLDCO, LLC DBA REGENCY OUTDOOR ADVERTISING

LAUREN B. LANGER, Bar No. 238629
lauren.langer@bbklaw.com
SCOTT W. DITFURTH, Bar No. 238127
scott.ditfurth@bbklaw.com
DEAN S. ATYIA, Bar No. 298615
dean.atyia@bbklaw.com
CHRISTINA ABBATE, Bar No. 348276
christina.abbate@bbklaw.com
GREGORY CAFFAS, admitted pro hac
vice gregory.caffas@bbklaw.com
**BEST BEST AND KRIEGER LLP**
300 South Grand Ave., 25th Floor
Los Angeles, CA 90071
Telephone:  (213) 617-8100
Facsimile: (213) 617-7480

Attorney for Defendant
CITY OF WEST HOLLYWOOD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KBS HOLDCO, LLC DBA REGENCY OUTDOOR ADVERTISING, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF WEST HOLLYWOOD; ORANGE BARREL MEDIA, LLC; DAVID EHRLICH; and DOES 1-10, Inclusive, <br><br> Defendants. | **Case No. 2:22-CV-05750-FLA-DSR** <br><br> [Assigned to Hon. Fernando L. Aenlle-Rocha, Courtroom 6B] <br><br> **JOINT STIPULATION TO ESTABLISH A BIFURCATED SCHEDULE FOR DETERMINATION OF PREVAILING PARTY STATUS AND ATTORNEYS' FEES AND COSTS** |

1

Plaintiff KBS Holdco, LLC dba Regency Outdoor Advertising ("Regency") and Defendant City of West Hollywood (the "City") (each a "Party" and together, the "Parties"), by and through their respective counsel of record, hereby stipulate to a bifurcated process for the determination of attorneys' fees and costs in this matter, in the interests of efficiency and conserving the resources of the Parties and the Court, as follows:

WHEREAS, Regency filed the Complaint initiating this action on August 14, 2022 [Dkt. 1], and the operative First Amended Complaint on April 12, 2023 [Dkt. 36];

WHEREAS, on July 8, 2024, the Court granted in part and denied in part the City's motion to dismiss the First Amended Complaint [Dkt. 111];

WHEREAS, on July 29, 2024, Regency filed the Second Amended Complaint [Dkt. 113];

WHEREAS, on January 2, 2025, the Court granted in part and denied in part the City's motion to dismiss the Second Amended Complaint [Dkt. 158];

WHEREAS, on July 6, 2026, the Court entered an Order dismissing Regency's remaining claims in this action as moot [Dkt. 268];

WHEREAS, both sides believe they are the prevailing party in this case and anticipate filing motions for attorneys' fees and submitting Applications to the Clerk to Tax Costs (including bills of costs);

WHEREAS, the Parties agree, subject to Court approval, to bifurcate the process so that the threshold question of prevailing party status is resolved before the Parties submit the amounts of any attorneys' fees and costs; and

WHEREAS, the Parties agree that this bifurcated approach would conserve the Parties' and the Court's time and resources by deferring the compilation and submission of fee and cost amounts, supporting invoices, billing records, and Applications to the Clerk to Tax Costs unless and until the Court has resolved the threshold prevailing party question;

2

NOW, THEREFORE, the Parties stipulate, subject to Court approval, as follows:

1.    On July 31, 2026, each Party shall file its respective motion for a determination of prevailing party status for purposes of attorneys' fees and costs.

2.    Within thirty (30) days after entry of the Court's order determining the Parties' motions for a determination of prevailing party status, the Party or Parties deemed to be the prevailing party by the Court, if any, shall file its Application to the Clerk to Tax Costs and its motion for attorneys' fees.

3.    The deadlines for filing motions for attorneys' fees and submitting Applications to the Clerk to Tax Costs (including bills of costs), including under Local Rules 54-7 and 54-2.1, are hereby extended in accordance with the bifurcated process set forth herein.

IT IS SO STIPULATED.

Dated: July 13, 2026            **ALSTON & BIRD LLP**

By: /s/ _Jesse Steinbach_____
Jeffrey A. Rosenfeld
Jesse Steinbach
Attorneys for Plaintiff
KBS HOLDCO, LLC dba REGENCY OUTDOOR ADVERTISING

Dated: July 13, 2026            **BEST BEST AND KRIEGER LLP**

By: /s/ _Jeff_____
Dean Atyia
Scott Ditfurth
Gregory Caffas
Attorneys for Defendant
CITY OF WEST HOLLYWOOD

3

JOINT STIPULATION TO ESTABLISH A BIFURCATED SCHEDULE FOR DETERMINATION OF PREVAILING PARTY STATUS AND ATTORNEYS' FEES AND COSTS