UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KBS HOLDCO, LLC, | Case No. 2:22-cv-05750-FLA DSRx) |
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATION TO ESTABLISH A BIFURCATED SCHEDULE FOR DETERMINATION OF PREVAILING PARTY STATUS AND ATTORNEY'S FEES AND COSTS [DKT. 269]** |
| CITY OF WEST HOLLYWOOD, *et al.*, | |
| Defendants. | |

1

On July 13, 2026, Plaintiff KBS Holdco, LLC ("Plaintiff") and Defendant City of West Hollywood (the "City") filed a Stipulation to Establish a Bifurcated Schedule for Determination of Prevailing Party Status and Attorney's Fees and Costs ("Stipulation").  Dkt. 269.

Having reviewed and considered the Stipulation and finding good cause therefor, the court hereby GRANTS the parties' request and ORDERS as follows:

1.  The parties' deadline to file motions for determination of prevailing party status shall be July 31, 2026;

2.  The parties' deadline to file a motion file a motion for attorney's fees and costs shall be thirty (30) days after entry of the court's Order on the motions for determination of prevailing party status; and

3.  The deadlines to file motions for attorney's fees and submitting applications to the Clerk to tax costs are EXTENDED in accordance with the deadlines set forth in this Order

IT IS SO ORDERED.

Dated: July 14, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2